IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Civil Action No. 15-cv-01497-MSK-CBS

ALAIN MEDEL,

    Plaintiff,

v.

PENNYMAC FINANCIAL SERVICES, and
PENNYMAC LOAN SERVICES, LLC,

    Defendants.

## SECOND AMENDED FINAL JUDGMENT

In accordance with orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P 58(a), the following Final Judgment is hereby entered.

Pursuant to the Electronic Text Order by Chief Judge Marcia S. Krieger (**Doc. #35**) filed on December 1, 2015, adopting the recommendation issued by the Magistrate Judge (**Doc. #28**) to grant the Motion to Dismiss **(Doc. #12);** deny the Motion for Remand **(Doc. #17)** and dismiss the case with prejudice, it is

ORDERED that:

The Recommendation of Magistrate Judge Shaffer  (**Doc. #28**) is **ADOPTED** in accordance with (**Doc. #35**).  The Action is  DISMISSED with prejudice.

The case will be closed.

Dated this 1st  day December, 2015.

                                            ENTERED FOR THE COURT:
                                            JEFFREY P. COLWELL, CLERK

s/Patricia Glover
Deputy Clerk